UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG DAVIS,

Petitioner,

v.

WARDEN, FCI ATWATER SATELLITE CAMP

Respondent.

Case No. 2:26-cv-2584-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 1, 2, 3, 6)

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2026, ECF No. 6, are ADOPTED;

2. This action is DISMISSED without prejudice for failure to prosecute for the reasons set forth in the August 5, 2026 order (ECF No. 5);

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dena Coggins
United States District Judge